# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

**CHELSEY TAYLOR, etc.**

    **Plaintiff,**                          Case No. 3:23cv53

v.                                        District Judge Walter H. Rice

**VERSAILLES REHABILITATION**
**AND HEALTHCARE CENTER LLC**

    **Defendant.**

## ORDER OF REFERENCE

Pursuant to 28 U.S.C. §636(b)(1)(A), (B), and (C), and §636(b)(3), the above-captioned action is hereby referred to United States Magistrate Sharon L. Ovington, for purposes of conducting a mediation.

Dated: July 19, 2023                   */s/ Walter H. Rice* (tp)
                                            WALTER H. RICE, JUDGE
                                            UNITED STATES DISTRICT COURT